# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JEROME FLETCHER HORTON, JR.

Case No. 21-MJ-764 HB

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 31, 2021, in Anoka County, in the State and District of Minnesota, defendant,

in connection with the acquisition of a firearm, namely, a Mossberg model MC2C 9mm semiautomatic pistol bearing serial number 017520MC, from Fleet Farm, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Fleet Farm, which statement was intended and likely to deceive Fleet Farm as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant executed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 in connection with the purchase of the said firearm, on which form the defendant indicated that he was the actual buyer of the firearm, when in fact the defendant was not the actual buyer of the firearm, and the defendant then knew he was not the actual buyer of the firearm;

in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

I further state that I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
Complainant's signature

Kylie Williamson
ATF Special Agent
*Printed name and title*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3).

Date: Oct. 18, 2021

City and State: St. Paul, MN

_____
Judge's Signature

Hildy Bowbeer
United States Magistrate Judge
*Printed Name and Title*